UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| CK OPPORTUNITIES FUND I, L.P., et al., Plaintiffs, -v- MORGAN STANLEY SENIOR FUNDING, INC., Defendants. | : | 26-CV-08871 (JAV) ORDER |

JEANNETTE A. VARGAS, United States District Judge:

On October 7, 2026, this case was removed from the Supreme Court of the State of New York, County of New York, pursuant to 28 U.S.C. § 1452(a). ECF No. 1. The basis for this removal was the Chapter 11 bankruptcy petitions filed by certain of the Defendants in the U.S. Bankruptcy Court for the District of New Jersey. *See In re FIHPNP LLC, et al.*, No. 26-20876 (D.N.J. Bankr.).

By **October 23, 2026**, the parties shall submit a joint letter setting forth the parties' respective positions regarding next steps in this case. This letter also should address the applicability of the automatic stay, 11 U.S.C. § 362(a). Should any party intend to file a motion to remand this matter to state court or a motion to transfer this matter to the District of New Jersey, this letter should set forth a proposed briefing schedule with respect to such motion.

**Within two business days of the date of this Order**, Defendants are directed to serve on Plaintiffs a copy of this Order and of the Court's Individual Rules and Practices in Civil Cases, and to file proof of such service on the docket. To the extent they have not already, counsel for Plaintiffs are directed to file a notice of appearance on the docket within two business days of such service. All counsel are required to register promptly as filing users on ECF and to familiarize themselves with the SDNY ECF Rules & Instructions, which are available at https://nysd.uscourts.gov/rules/ecf-related-instructions. **All counsel must also familiarize themselves with the Court's Individual Rules, which are available at https://nysd.uscourts.gov/hon-jeannette-vargas.**

SO ORDERED.

Dated: October 13, 2026
New York, New York

Jeannette Vargas
JEANNETTE A. VARGAS
United States District Judge