UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| CK OPPORTUNITIES FUND I, L.P., ET AL., Plaintiffs, | : | 26-CV-08871 (JAV) |
| -v- | : | ORDER |
| MORGAN STANLEY SENIOR FUNDING, INC., Defendant. | : | |

JEANNETTE A. VARGAS, United States District Judge:

The Court is in receipt of the parties' October 23, 2026 joint letter setting forth the parties' respective positions regarding next steps in this case. ECF No. 19. Defendants' opening brief in support of a motion to transfer shall be due by **November 13, 2026**. Plaintiffs' opposition brief shall be due by **December 11, 2026**. Defendants' reply brief shall be due by **December 22, 2026**. The Court will not schedule briefing on the proposed motion to amend until the transfer motion is resolved.

SO ORDERED.

Dated: October 28, 2026
New York, New York

Jeannette Vargas
JEANNETTE A. VARGAS
United States District Judge